Case No. 3:17-CR-00155-07

## PROOF OF SERVICE

This subpoena for (name of individual and title, if any) **LESIA HEROD** was received by me on (date) **8-2-23**.

☑ I served the subpoena by delivering a copy to the named person as follows: **LESIA HEROD 5847 FOREST HAVEN TRAIL, DALLAS, TX 75232** on (date) **8-4-23** ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ **50.00**.

My fees are $ **-0-** for travel and $ **80.00** for services, for a total of $ **80.00**.

I declare under penalty of perjury that this information is true.

Date: **8-4-23**

*Server's signature*

Michael D. Dupree
Texas Process Server
PSC 10446 / 7-31-25
*Printed name and title*

Dallas Private Process
7200 N. Stemmons Frwy.
Suite 1304
Dallas, Texas 75247

*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| James Noryian et al. | ) | Case No. 3:17-CR-00155-07 |
| | ) | |
| Defendant | ) | |

**AUG 0 2 2023**

Private Process

Ph: (214) 916-####

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Lesia Herod
     5847 Forest Haven Trail
     Dallas, TX 75232

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | 1100 Commerce Street, Dallas, Texas 75242-1003 | Courtroom No.: | Room 1546 |
|---|---|---|---|
| | | Date and Time: | 09/25/2023 8:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

All emails and/or other documents that are in your possession relating to your employment with Dr. Taba and/or this matter.

(SEAL)

Date: 07/28/2023

CLERK OF COURT

s/M. Spears

*Signature of Clerk or Deputy Clerk*

---

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Dr. Michael Taba
, who requests this subpoena, are:

Erin Brennan, Esq.
1920 McKinney Ave., 7th Floor
Dallas, Texas 75201

Cell: 214-810-2481
Email: erin@erinbrennanlaw.com
PLEASE CALL ATTORNEY BRENNAN FOR YOUR EXACT DATE OF APPEARANCE