Case No. 3:17-CR-00155-07

## PROOF OF SERVICE

This subpoena for (name of individual and title, if any) HOSSEIN ZAMANIAN, CPA was received by me on (date) _____.

☑ I served the subpoena by delivering a copy to the named person as follows: HOSSEIN ZAMANIAN, CPA 12900 PRESTON RD., SUITE 900, DALLAS, TX 75230 on (date) 8-7-23 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of $ 50.00 .

My fees are $ -0- for travel and $ 80.00 for services, for a total of $ 80.00 .

I declare under penalty of perjury that this information is true.

Date: 8-7-23

Server's signature

Michael D. Dupree
Texas Process Server
PSC 10446 / 7-31-25

Printed name and title

Dallas Private Process
7200 N. Stemmons Frwy.
Suite 1304
Dallas, Texas 75247

Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| James Noryian et al. | ) | Case No. 3:17-CR-00155-07 |
| | ) | |
| *Defendant* | ) | |

*(SEAL stamp: AUG 0 2 2023 — Dallas Private Process — Ph: (214) ###-####)*

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Hossein Zamanian, CPA
     12900 Preston Road Suite ~~804~~ 700
     Dallas, TX 75230

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | 1100 Commerce Street, Dallas, Texas 75242-1003 | Courtroom No.: | Room 1546 |
|---|---|---|---|
| | | Date and Time: | 09/25/2023 8:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

All emails and/or other documents that are in your possession relating to your employment with Dr. Taba and/or this matter.

(SEAL)

Date:  07/28/2023

CLERK OF COURT

_____s/M. Spears_____
*Signature of Clerk or Deputy Clerk*

---

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ___Dr. Michael Taba___, who requests this subpoena, are:

Erin Brennan, Esq.
1920 McKinney Ave., 7th Floor
Dallas, Texas 75201

Cell: 214-810-2481
Email: erin@erinbrennanlaw.com
PLEASE CALL ATTORNEY BRENNAN FOR YOUR EXACT DATE OF APPEARANCE

Case 3:17-cr-00155-L   Document 553   Filed 08/11/23   Page 3 of 8   PageID 2974

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 3:17-CR-00155-07

## PROOF OF SERVICE

This subpoena for (name of individual and title, if any) **RHONDA CLARK**
was received by me on (date) **8-2-23**.

☑ I served the subpoena by delivering a copy to the named person as follows: **RHONDA CLARK 213 FLATWOOD DR., LITTLE ELM, TX 75068**
on (date) **8-7-23** ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ **60.00** .

My fees are $ **-0-** for travel and $ **100.00** for services, for a total of $ **100.00** .

I declare under penalty of perjury that this information is true.

Date: **8-7-23**

*Server's signature*

Michael D. Dupree
Texas Process Server
PSC 10446 / 7-31-25
*Printed name and title*

Dallas Private Process
7200 N. Stemmons Frwy.
Suite 1304
Dallas, Texas 75247
*Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| United States of America | ) |
| v. | ) |
| James Noryian et al. | ) Case No. 3:17-CR-00155-07 |
| _Defendant_ | ) |

**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE**

To: Rhonda Clark
213 Flatwood Drive
Little Elm, TX 75068

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | 1100 Commerce Street, Dallas, Texas 75242-1003 | Courtroom No.: Room 1546 |
| | | Date and Time: 09/25/2023 8:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
All emails and/or other documents that are in your possession relating to your employment with Dr. Taba and/or this matter.

(SEAL)

Date: 07/28/2023

CLERK OF COURT

s/M. Spears
_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Dr. Michael Taba , who requests this subpoena, are:

Erin Brennan, Esq.
1920 McKinney Ave., 7th Floor
Dallas, Texas 75201

Cell: 214-810-2481
Email: erin@erinbrennanlaw.com
PLEASE CALL ATTORNEY BRENNAN FOR YOUR EXACT DATE OF APPEARANCE

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 3:17-CR-00155-07

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* BARBARA EDWARDS
was received by me on *(date)* 8-2-23.

☑ I served the subpoena by delivering a copy to the named person as follows: BARBARA EDWARDS 2580 COLLIN MCKINNEY PKWY, APT. 2506, MCKINNEY, TX 75070 on *(date)* 8-7-23 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 70.00 .

My fees are $ -0- for travel and $ 100.00 for services, for a total of $ 100.00 .

I declare under penalty of perjury that this information is true.

Date: 8-17-23

*Server's signature*

Michael D. Dupree
Texas Process Server
PSC 10446 / 7-31-25
*Printed name and title*

Dallas Private Process
7200 N. Stemmons Frwy.
Suite 1304
Dallas, Texas 75247

*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

## Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>James Noryian et al.<br><br>_Defendant_ | )<br>)<br>) Case No.  3:17-CR-00155-07<br>)<br>) |

**FILED AUG 0 2 2023**
Dallas Private Process
(stamp, partially obscured)
Ph:(214) ███-████

**AUG 11 PM 2:27**
DEPUTY CLERK ___KGC___
US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Barbara Edwards
2580 Collin McKinney Parkway Apt 2506
McKinney, Texas 75070

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | 1100 Commerce Street,<br>Dallas, Texas 75242-1003 | Courtroom No.: | Room 1546 |
|---|---|---|---|
| | | Date and Time: | 09/25/2023 8:00 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

All emails and/or other documents that are in your possession relating to your employment with Dr. Taba and/or this matter.

(SEAL)

Date:  07/28/2023

CLERK OF COURT

_____s/M. Spears_____
_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_  Dr. Michael Taba
_____ , who requests this subpoena, are:

Erin Brennan, Esq.
1920 McKinney Ave., 7th Floor
Dallas, Texas 75201

Cell: 214-810-2481
Email: erin@erinbrennanlaw.com
PLEASE CALL ATTORNEY BRENNAN FOR YOUR EXACT DATE OF APPEARANCE

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 3:17-CR-00155-07

## PROOF OF SERVICE

This subpoena for (name of individual and title, if any) SANDRA RAJEHSEKHARAN was received by me on (date) 8-2-23.

☒ I served the subpoena by delivering a copy to the named person as follows: SANDRA RAJEHSEKHARAN 1705 OHIO DR., SUITE 200, PLANO, TX on (date) 8-7-23 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 65.00 .

My fees are $ 0 for travel and $ 100.00 for services, for a total of $ 100.00 .

I declare under penalty of perjury that this information is true.

Date: 8-7-23

Server's signature

Michael D. Dupree
Texas Process Server
PSC 10446 / 7-31-25
Printed name and title

Dallas Private Process
7200 N. Stemmons Frwy.
Suite 1304
Dallas, Texas 75247

Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Texas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| James Noryian et al. | ) Case No. 3:17-CR-00155-07 |
| | ) |
| *Defendant* | ) |

AUG 0 2 2023

Dallas Private Process

Ph: (214) 916-6666

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Sandra Rajehsekharan
2205 Senna Hills Lane
Plano, Texas 75025

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: 1100 Commerce Street, Dallas, Texas 75242-1003 | Courtroom No.: Room 1546 |
|---|---|
| | Date and Time: 09/25/2023 8:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
All emails and/or other documents that are in your possession relating to your employment with Dr. Taba and/or this matter.

(SEAL)

Date: 07/28/2023

CLERK OF COURT

s/ M. Spears
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Dr. Michael Taba , who requests this subpoena, are:

Erin Brennan, Esq.
1920 McKinney Ave., 7th Floor
Dallas, Texas 75201

Cell: 214-810-2481
Email: erin@erinbrennanlaw.com
PLEASE CALL ATTORNEY BRENNAN FOR YOUR EXACT DATE OF APPEARANCE