AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   3:17-CR-00155-07

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   ORES PACHOLCZUK

was received by me on *(date)*   8-2-23 .

❑ I served the subpoena by delivering a copy to the named person as follows:   ORES PACHOLCZUK
1607 BREEZY BAY CT., ST. PAUL, TX 75098
_____  on *(date)*   8-9-23   ; or

❑ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   70.⁰⁰   .

My fees are $   —0—   for travel and $   100.00   for services, for a total of $   100.00   .

I declare under penalty of perjury that this information is true.

Date:   8-9-23

*Server's signature*

**Michael D. Dupree**
**Texas Process Server**
**PSC 10446 / 7-31-25**
*Printed name and title*

**Dallas Private Process**
**7200 N. Stemmons Frwy.**
**Suite 1304**
**Dallas, Texas 75247**

*Server's address*

Additional information regarding attempted service, etc:

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| James Noryian et al. | ) | Case No.  3:17-CR-00155-07 |
| | ) | |
| *Defendant* | ) | |

AUG 0 2 2023

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Ores Pacholczuk
      1607 Breezy Way Ct
      St. Paul, TX 75098

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | 1100 Commerce Street, Dallas, Texas 75242-1003 | Courtroom No.: | Room 1546 |
|---|---|---|---|
| | | Date and Time: | 09/25/2023 8:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

All emails and/or other documents that are in your possession relating to your employment with Dr. Taba and/or this matter.

(SEAL)

Date:   07/28/2023

CLERK OF COURT

s/M. Spears

*Signature of Clerk or Deputy Clerk*

---

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*      Dr. Michael Taba
_____, who requests this subpoena, are:

Erin Brennan, Esq.
1920 McKinney Ave., 7th Floor
Dallas, Texas 75201

Cell:214-810-2481
Email:erin@erinbrennanlaw.com
PLEASE CALL ATTORNEY BRENNAN FOR YOUR EXACT DATE OF APPEARANCE