IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CAUSE NO. 3:17-CR-155-L |
| § | |
| § | |
| § | |
| MICHAEL TABA (07) § | |

## DR. MICHAEL TABA'S EXHIBIT LIST

Pursuant to Rule 16.1(2) of the Local Rules for the Northern District of Texas and the Scheduling Order entered by the Court, Dr. Michael Taba, defendant, submits the following exhibit list that may be used in his defense at trial, exclusive of impeachment and rebuttal exhibits. Defendant adopts all government and co-defendant exhibits filed in this case, subject to and without waiving challenges to admissibility. Dr. Taba reserves the right to amend or supplement this Exhibit List, subject to the Court's rulings.

| Exhibit No. | Date Offered | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Standard Operating Policies and Procedures- Dr. Michael Taba Advanced Orthopedics |
| 2 | | | | Policies and Procedures re: HIPAA – Advanced Orthopedics |
| 3 | | | | Employee Contracts at Advanced Orthopedics |
| 4 | | | | Preoperative and Postoperative Instructions – Advanced Orthopedics |
| 5 | | | | Letter from Dr. Michael Taba to Home Health Services dated October 23, 2013 |
| 6 | | | | Intra-office Email from Dr. Taba dated October 25, 2014 |

| 7 | | | | "DO NOT FILL" Patient List- Advanced Orthopedics. |
| --- | --- | --- | --- | --- |
| 8 | | | | Compounding Protocol by Melissa Driver |
| 9 | | | | Patient DJ Medical Chart |
| 10 | | | | Patient DS Medical Chart |
| 11 | | | | Patient RC Medical Chart |
| 12 | | | | Patient LB Medical Chart |
| 13 | | | | Patient JA Medical Chart |
| 14 | | | | Patient CM Medical Chart |
| 15 | | | | Patient EH Medical Chart |
| 16 | | | | Patient MD Medical Chart |
| 17 | | | | Patient TS Medical Chart |
| 18 | | | | Patient JK Medical Chart |
| 19 | | | | Patient DJ.2 Medical Chart |
| 20 | | | | Patient EM Medical Chart |
| 21 | | | | Patient JJ Medical Chart |
| 22 | | | | Patient LH Medical Chart |
| 23 | | | | Patient AR Medical Chart |
| 24 | | | | Patient YB Medical Chart |
| 25 | | | | Patient RS Medical Chart |
| 26 | | | | Patient LF Medical Chart |
| 27 | | | | Patient AD Medical Chart |

| | | | | |
|---|---|---|---|---|
| 28 | | | | Patient JJ.2 Medical Chart |
| 29 | | | | Patient JS Medical Chart |
| 30 | | | | Patient IP Medical Chart |
| 31 | | | | Patient LM Medical Chart |
| 32 | | | | Patient KC Medical Chart |
| 33 | | | | Patient LP Medical Chart |
| 34 | | | | Patient SB Medical Chart |
| 35 | | | | Patient EL Medical Chart |
| 36 | | | | Patient SR Medical Chart |
| 37 | | | | Patient KR Medical Chart |
| 38 | | | | Patient AM Medical Chart |
| 39 | | | | Patient NB Medical Chart |
| 40 | | | | Patient SR Medical Chart |
| 41 | | | | Patient LO Medical Chart |
| 42 | | | | Patient IS Medical Chart |
| 43 | | | | Patient BE Medical Chart |
| 44 | | | | Patient RM Medical Chart |
| 45 | | | | Patient MM Medical Chart |
| 46 | | | | Patient EG Medical Chart |
| 47 | | | | Patient RF Medical Chart |
| 48 | | | | Patient JA Medical Chart |

| 49 | | | | Patient PS Medical Chart |
|---|---|---|---|---|
| 50 | | | | Patient BO Medical Chart |
| 51 | | | | Patient CO Medical Chart |
| 52 | | | | Patient LP Medical Chart |
| 53 | | | | Patient AC Medical Chart |
| 54 | | | | Patient LC Medical Chart |
| 55 | | | | Patient CC Medical Chart |
| 56 | | | | Patient AC.2 Medical Chart |
| 57 | | | | Email Communications dated 12/2014 between Jesse Dresser and Ali Alavi, Christopher Rydberg |
| 58 | | | | Email communications between Melissa Driver and Robert Van Gieson |
| 59 | | | | Email Communications between Dr. Taba and Melissa Driver |
| 60 | | | | Intra office emails communications- General |
| 61 | | | | Email Communications between Melissa Driver and Ability Pharmacy Personnel |
| 62 | | | | Email From Sharnece Pratt to Melissa St. Clair July 22, 2014 |
| 63 | | | | Emails from Peggy Packard |
| 64 | | | | Facsimile transmissions from Melissa Driver to "James" Noryian |
| 65 | | | | Advanced Orthopedics Clinic Schedule December 2014 |
| 66 | | | | Billing Records by Megan Marines, Mona Guadian, and Carlos Lopez September 2014 |
| 67 | | | | Note from Mona Guadian to James Noryian "$$moneyteam$$" |
| 68 | | | | CV – Dr. David Lewis |
| 69 | | | | Compounding Cream Journal Articles |

| 70 | | | | Voltaren Gel Insert- Drug insert |
|---|---|---|---|---|
| 71 | | | | CV- Dr. Neal Small |
| 72 | | | | CV- Dr. Daniel Buffington |
| 73 | | | | CV -Bart Baggett |
| 74 | | | | Revision Bulletin- Pharmaceutical Compounding Non Sterile Preparations |
| 75 | | | | Topical Compound Components- 1-4916 |
| 76 | | | | Handwritten Notes for Calling on Refills- 1-4920 |
| 77 | | | | Instructional Handwritten and Typed Notes on filling out Rx  1-4927, 1-5515-16 |
| 78 | | | | Plea Agreement, Kevin Williams |
| 79 | | | | Factual Resume, Kevin Williams |
| 80 | | | | Plea Agreement Supplement, Kevin Williams |
| 81 | | | | Facsimile transmissions from Judy Bachman to Melissa Driver 1-5484, 2-1554 |
| 82 | | | | Reserved |
| 83 | | | | Reserved |
| 84 | | | | Reserved |
| 85 | | | | Reserved |
| 86 | | | | Reserved |
| 87 | | | | Reserved |
| 88 | | | | Reserved |
| 89 | | | | Reserved |
| 90 | | | | Reserved |

| | | | | |
|---|---|---|---|---|
| 91 | | | | Reserved |
| 92 | | | | Reserved |
| 93 | | | | Reserved |
| 94 | | | | Reserved |
| 95 | | | | Reserved |
| 96 | | | | Reserved |
| 97 | | | | Memorandum of Interviews conducted by the government |
| 98 | | | | Bandoola Surgical Magnum Loans February 2015- October 2015 totaling 18 million dollars |
| 99 | | | | Email from Megan Marines to Williams May 2, 2016 |
| 100 | | | | Electronic Medical Records Work Flow Fax System |
| 101 | | | | Standard Operating Procedure Re: Refills of Prescriptions |
| 102 | | | | Dr. Taba's Office Billing |
| 103 | | | | CVS CareMark Audit 1/9/2015 |
| 104 | | | | CVS CareMark Audit letter of 10/29/2014 |
| 105 | | | | Bank Records for Dr. Taba- personal |
| 106 | | | | Bank Records for Advanced Orthopedics |
| 107 | | | | Dr. Taba's Personal Income Tax Return - 2012 |
| 108 | | | | Dr. Taba's Personal Income Tax Return - 2013 |
| 109 | | | | Dr. Taba's Personal Income Tax Return - 2014 |
| 110 | | | | Dr. Taba's Personal Income Tax Return- 2015 |
| 111 | | | | Dr. Taba's Personal Income Tax Return- 2016 |

| | | | | |
|---|---|---|---|---|
| 112 | | | | Dr. Taba's Personal Income Tax Return- 2017 |
| 113 | | | | Dr. Taba's Personal Income Tax Return - 2018 |
| 114 | | | | Advanced Orthopedics Income Tax Return -2012 |
| 115 | | | | Advanced Orthopedics Income Tax Return -2013 |
| 116 | | | | Advanced Orthopedics Income Tax Return -2014 |
| 117 | | | | Advanced Orthopedics Income Tax Return -2015 |
| 118 | | | | Advanced Orthopedics Income Tax Return -2016 |
| 119 | | | | Advanced Orthopedics Income Tax Return- 2017 |
| 120 | | | | Advanced Orthopedics Income Tax Return-2018 |
| 121 | | | | Letter of Intent to lease 411 N General Bruce property from James Noryian as Exhibit to lawsuit filed in Belton, Texas |
| 122 | | | | Cashier's Checks- Not intended for Use |
| 123 | | | | Forged prescriptions – prescription refills |
| 124 | | | | Apothecary prescriptions |
| 125 | | | | Authorized prescriptions by Dr. Taba |
| 126 | | | | Cashier's checks issued to Dr. Taba for loan |
| 127 | | | | Checks paid by Dr. Taba for repayment of loan |
| 128 | | | | Certified copy of civil judgment |
| 129 | | | | Certified copy of appellate bond |
| 130 | | | | Letter re: loan satisfaction with interest |
| 131 | | | | Civil settlement agreement between Cruz and Dr. Taba |

| 132 | | | | Letter from OWCP to KR, dated 8-31-16 |
| --- | --- | --- | --- | --- |
| 133 | | | | Letter from OWCP to BE, dated 8-31-16 |

Respectfully,

*/s/ Erin Brennan*
Erin Brennan
Texas Bar No. 24129239
Erin Brennan Law, PLLC
1920 McKinney Avenue, 7th Floor
Dallas, Texas 75201
214.810.2481
erin@erinbrennanlaw.com

*/s/ Steve Wells*
Steve Wells
*Pro Hac Vice*
ABA #0010066
Steven M. Wells, P.C.
431 W. 7th Ave.
Suite 107
Anchorage, AK  99501
(907)279-3557
(907)279-3558 fax
steve@stevenmwellslaw.com

**CERTIFICATE OF SERVICE**

I, Erin Brennan, hereby certify that on August 14, 2023, I electronically filed the foregoing document using the ECF system of the United States District Court, Northern District of Texas. Pursuant to L. CRIM. R. 49.2(f), delivery of the automatically generated ECF notice constitutes service under FED. R. CRIM. P. 49(b) on the attorney(s) of record.

*/s/ Erin Brennan*
ERIN BRENNAN