# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CAUSE NO. 3:17-CR-155-L |
| | § | |
| MICHAEL TABA (07) | § | |

## DR. MICHAEL TABA'S WITNESS LIST

Pursuant to Rule 16.1(2) of the Local Rules for the Northern District of Texas and the Scheduling Order entered by the Court, Dr. Michael Taba, defendant, submits the following list of witnesses that may be used in his defense at trial, exclusive of impeachment and rebuttal witnesses. Dr. Taba adopts all government and co-defendant witness lists, including designated expert witnesses, filed in this case, subject to and without waiving challenges to admissibility. Dr. Taba reserves the right to amend or supplement this witness list, subject to the Court's rulings.

| Last Name | First Name | Category | Narrative Summary of Testimony |
| --- | --- | --- | --- |
| Patient RC | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient LB | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient JA | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient CM | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient EH | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient MD | | Possible | Surgical and post-op care received by Dr. Taba |

| Last Name | First Name | Category | Narrative Summary of Testimony |
|---|---|---|---|
| Patient JK | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient DJ | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient EM | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient JJ | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient LH | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient AR | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient YB | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient RS | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient LF | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient AD | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient JJ | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient JS | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient IP | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient LM | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient KC | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient LP | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient SB | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient EL | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient SR | | Possible | Surgical and post-op care received by Dr. Taba |

| Last Name | First Name | Category | Narrative Summary of Testimony |
|---|---|---|---|
| Patient KR | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient AM | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient NB | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient SR | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient LO | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient IS | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient BE | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient RM | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient MM | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient EG | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient RF | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient JA | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient PS | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient BO | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient CO | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient LP | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient AC | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient LC | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient CC | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient AC | | Possible | Surgical and post-op care received by Dr. Taba |

| Last Name | First Name | Category | Narrative Summary of Testimony |
|---|---|---|---|
| Patient AD | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient TD | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient MD | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient SF | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient LF.2 | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient LF | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient CB | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient CB.2 | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient JB | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient SB | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient TC | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient RC | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient KC | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient CB | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient PA | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient LA | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient AC | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient AC.2 | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient DC | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient TC | | Possible | Surgical and post-op care received by Dr. Taba |

| Last Name | First Name | Category | Narrative Summary of Testimony |
|---|---|---|---|
| Patient DJ | | Possible | Surgical and post-op care received by Dr. Taba |
| Patient DS | | Possible | Surgical and post-op care received by Dr. Taba |
| Reserved | | | |
| Reserved | | | |
| Reserved | | | |
| Reserved | | | |
| Reserved | | | |
| Castellano | John | Possible | Dr. Taba's Former Medical Assistant re: office procedures and handling of non-narcotic prescriptions |
| Narvaiz | Diana | Possible | Former front office receptionist re: handling of non-narcotic prescriptions |
| Zamanian | Hossein | Probable | Dr. Taba's Accountant re: transactions involving loans and repayment |
| Packard | Pegah | Probable | Surgical Scheduler in Dr. Taba's office |
| Jossa | Robbie | Possible | Outreach marketing procedures by Ability Pharmacy et al. |
| McJunkins | Thomas | Possible | Outreach marketing procedures by Ability Pharmacy et al. |
| Summerville | Nicole | Possible | Attorney re: Grand Jury SDT documents compilation |
| McGovern | Casey | Possible | Attorney re: Grand Jury SDT documents compilation |
| Schmidt | Michael | Possible | Banker re: Dr. Taba obtaining a loan |
| Massey | Joseph | Possible | Banker re: Dr. Taba obtaining a loan |
| Mesches | Ben | Possible | Atty to testify about civil judgment obligation |
| Van Gieson | Robert "Hump" | Probable | Construction on Dr. Taba's office and residence |

| Last Name | First Name | Category | Narrative Summary of Testimony |
|---|---|---|---|
| King | Raymund | Possible | Atty to testify about civil judgment obligation |
| Shirani | Shiva | Possible | Hard cash loan receiver |
| Amador | Blanca | Possible | Claims Adjuster for DOL to testify re: Dr. Taba's patients |
| McCall | Steven | Possible | Compounding Pharmacist familiar with compounding topical creams |
| Aguilar | Nicholas | Possible | PA prescribing compound creams for Ability Pharmacy |
| Benson | Michael | Possible | Son of Dr. Leslie Benson re: practices involving father |
| Niknam | Jabber | Possible | Pharmacy Rep for Apothecary |
| Noryian | Leyla | Probable | Promissory Note and loan documentation |
| Mofid | Ashraf | Possible | Promissory note and loan documentation |
| Cruz | Erwin | Possible | Testify re: Civil Lawsuit |
| Aleem | Mohammed | Possible | Physician at Medical City Plano re: interview of Dr. Taba |
| Pratt | Sharneece | Possible | Former Employee of Dr. Taba |
| McDonald | David | Possible | Sub-contractor for "Hump" re: construction |
| Bauchman | Judy | Possible | Former employee of Ability Pharmacy |
| Lopez | Carlos | Possible | Employee of Ability Pharmacy |
| Record Custodian, Capital One | | Possible | To authenticate business records relating to loan |
| Record Custodian, Chase Bank | | Possible | To authenticate business records relating to loan |
| Record Custodian, Prosperity Bank | | Possible | To authenticate business records relating to loan |

| Last Name | First Name | Category | Narrative Summary of Testimony |
|---|---|---|---|
| Record Custodian, Department of Labor | | Possible | To verify and authenticate claims data and business records |
| Record Custodian, OWCP | | Possible | To verify and authenticate claims data and business records |
| Record Custodian, Queen Shiva | | Possible | To verify and authenticate claims data and business records |
| Record Custodian, Ability Pharmacy | | Possible | To verify and authenticate claims data and business records |
| Record Custodian, Park Row | | Possible | To verify and authenticate claims data and business records |
| Record Custodian, Bandoola Pharmaceutical | | Possible | To verify and authenticate claims data and business records |
| Record Custodian, Industrial & Family Pharmacy | | Possible | To verify and authenticate claims data and business records |
| Record custodian, Athena EMR | | Possible | Verification and authentication of Dr. Taba's practice management system |
| Lewis | David | Expert | Dr. Lewis is an anesthesiologist and pain medicine specialist who will opine on the propriety of prescribing non-opiate creams in conjunction with opiates in post-surgical patients as well as on procedures relating to refills |
| Buffington | Daniel | Expert | Pharmacology expert |
| Small | Neal | Expert | Orthopedic Surgeon and expert |
| Baggett | Bart | Expert | Mr. Baggett is a handwriting expert who will opine on the authenticity of signatures on the prescriptions which are attributed to Dr. Taba |

| Last Name | First Name | Category | Narrative Summary of Testimony |
|---|---|---|---|
| Baumann | Jarol | Possible | Physical Therapist interviewed by govt |
| Guadian | Amoret "Mona" | Probable | Ability Pharmacy Employee |
| Moreno | Ray | Possible | Former pharmacist at Ability Pharmacy |
| Marines | Megan | Possible | Ability Pharmacy Employee |
| Rajehsekharan | Sandra | Possible | Employee of Advanced Orthopedics |
| Castro | Ashley | Possible | Former employee of Advanced Orthopedics |
| Bryant | Coetta | Possible | Former employee of Advanced Orthopedics |
| Dalton | Ana | Possible | Former employee of Advanced Orthopedics |
| Day | Sofia | Possible | Former employee of Advanced Orthopedics |
| Garcia | Cecilia | Possible | Former employee of Advanced Orthopedics |
| Dominguez | Sabrian | Possible | Former employee of Advanced Orthopedics |
| Gonzalez | Maria | Possible | Former employee of Advanced Orthopedics |
| Guerrero | Olga | Possible | Former employee of Advanced Orthopedics |
| Moore | Amber | Possible | Former employee of Advanced Orthopedics |
| Santiago | Erica | Possible | Former employee of Advanced Orthopedics |
| Webb | Sharon | Possible | Former employee of Advanced Orthopedics |
| Torres | Jacqueline | Possible | Former employee of Advanced Orthopedics |
| Behen | Zoe | Possible | Former employee of Advanced Orthopedics |
| Babyeyko-Dryden | Sasha | Possible | Former employee of Advanced Orthopedics |
| Necessary | Kimberly | Possible | Ability Pharmacy Employee |

| Last Name | First Name | Category | Narrative Summary of Testimony |
|---|---|---|---|
| Ritter | Robert | Possible | Former pharmacist |
| Ritter | Julie | Possible | Former employee of pharmacies |
| Villareal | Angela | Possible | Former employee of pharmacies |
| Monjaraz | Jesse | Possible | Former employee of pharmacies |
| Pennington | Courtney | Possible | Former employee of pharmacies |
| Trejo | Joshua | Possible | Former employee of pharmacies |
| Rydberg | Celine | Possible | Chris Rydberg's family member |
| Osorio-Castillo | Carmen | Possible | Physician |
| Ali | Saba | Possible | Assistant to Hossein Zamanian |
| Chandrahasan | Gopinath | Possible | Physician |
| Abghari | Mahtab | Possible | Proffer with govt |
| Lopez | Carlos | Possible | Former employee of pharmacies |
| Lopez | Roxanne | Possible | Dr. Williams' assistant |
| Craighead | Christine | Possible | Former employee of Hope pharmacy |
| Alavi | Ali | Possible | Physician dealing with Ability pharmacy |
| Guerra | Victoria | Possible | Employee of pharmacy that dealt with Kevin Williams |
| Driver | Melissa | Possible | Former employee of Dr. Taba |

Respectfully,

*/s/ Erin Brennan*
Erin Brennan
Texas Bar No. 24129239
Erin Brennan Law, PLLC
1920 McKinney Avenue, 7th Floor
Dallas, Texas 75201
214.810.2481
erin@erinbrennanlaw.com


*/s/ Steve Wells*
Steve Wells
*Pro Hac Vice*
ABA #0010066
Steven M. Wells, P.C.
431 W. 7th Ave.
Suite 107
Anchorage, AK  99501
(907)279-3557
(907)279-3558 fax
steve@stevenmwellslaw.com


## CERTIFICATE OF SERVICE

I, Erin Brennan, hereby certify that on August 14, 2023, I electronically filed the foregoing document using the ECF system of the United States District Court, Northern District of Texas. Pursuant to L. CRIM. R. 49.2(f), delivery of the automatically generated ECF notice constitutes service under FED. R. CRIM. P. 49(b) on the attorney(s) of record.

*/s/ Erin Brennan*
ERIN BRENNAN