Steven M. Wells
Steven M. Wells, P.C.
431 W. 7th Ave.
Suite 107
Anchorage, AK  99501
(907)279-3557
(907)279-3558 fax
steve@stevenmwellslaw.com

Attorney for Defendant

# United States District Court
# Northern District of Texas
# Dallas Division

| | |
|---|---|
| United States of America, | Case No. 17-cr-155-L |
| Plaintiff, | |
| v. | Objections to Proposed Exhibits |
| Jamshid Noryian, A.K.A. James Noryian, et. al., | |
| Defendants. | |
| This pleading pertains to Michael Taba, [D-07] | |

Dr. Michael Taba, accused, hereby files the following objections to Proposed Exhibits. Dr. Taba takes no position on any exhibit not specifically listed here. To save space, Dr. Taba only addresses exhibits to which he specifically objects.

GOVERNMENT EXHIBITS

| Government Exhibit Number | Identification | Objection | Notes |
|---|---|---|---|
| 212 | DOL Billing Data for Ability | 403 – Prejudice; Misleading<br>802 - Hearsay<br>901 – Authentication<br>1006 – Accuracy; Improper Use of summary | |
| 213 | BCBS Billing Data for Ability and Industrial & Family Pharmacy | 403 – Prejudice; Misleading<br>802 - Hearsay<br>901 – Authentication<br>1006 – Accuracy; Improper Use of summary | |
| 214 | DOL Billing Data for Industrial & Family Pharmacy | 403 – Prejudice; Misleading<br>802 - Hearsay<br>901 – Authentication<br>1006 – Accuracy; Improper Use of summary | |
| 215 | DOL Billing Data for Park Row Pharmacy | 403 – Prejudice; Misleading<br>802 - Hearsay<br>901 – Authentication<br>1006 – Accuracy; Improper Use of summary | |
| 216 | BCBS Billing for Park Row Pharmacy | 403 – Prejudice; Misleading<br>802 - Hearsay<br>901 – Authentication<br>1006 – Accuracy; Improper Use of summary | |

| | | | |
|---|---|---|---|
| 217 | DOL Third Party Billers | 403 – Prejudice; Misleading<br>802 - Hearsay<br>901 – Authentication<br>1006 – Accuracy; Improper Use of summary | |
| 218 | Prime Therapeutics - Ability | 403 – Prejudice; Misleading<br>802 - Hearsay<br>901 – Authentication<br>1006 – Accuracy; Improper Use of summary | |
| 219 | Prime Therapeutics – Park Row | 403 – Prejudice; Misleading<br>802 - Hearsay<br>901 – Authentication<br>1006 – Accuracy; Improper Use of summary | |
| | | | |
| 421 | Summation of Claims for R.C. – Count 7 | 403 – Prejudice; Misleading<br>802 - Hearsay<br>901 – Authentication<br>1006 – Accuracy; Improper Use of summary; Records Are Not Voluminous | |
| 422 | Claims for R.C. from VA – Count 7 | 403 – Prejudice; Misleading<br>802 - Hearsay<br>901 – Authentication<br>1006 – Accuracy; Improper Use of summary; Records Are Not Voluminous | |
| 425 | Claim for L.B. from VA – Count 8 | 403 – Prejudice; Misleading<br>802 - Hearsay<br>901 – Authentication<br>1006 – Accuracy; Improper Use of summary; Records Are Not Voluminous | |
| 426 | Summation of Claims for L.B. – Count 8 | 403 – Prejudice; Misleading<br>802 - Hearsay<br>901 – Authentication<br>1006 – Accuracy; Improper Use of summary; Records Are Not Voluminous | |

| | | | |
|---|---|---|---|
| 429 | Claim for J.A. from VA – Count 9 | 403 – Prejudice; Misleading<br>802 - Hearsay<br>901 – Authentication<br>1006 – Accuracy; Improper Use of summary; Records Are Not Voluminous | |
| 430 | Summation of Claims for J.A. – Count 9 | 403 – Prejudice; Misleading<br>802 - Hearsay<br>901 – Authentication<br>1006 – Accuracy; Improper Use of summary; Records Are Not Voluminous | |
| | | | |
| 720 | Correspondence between Dr. Taba and Counsel | 403 – Prejudice<br>404 – Prior Bad Act Evidence<br>502 – Attorney/Client Privilege<br>901 – Authentication | |
| | | | |
| 848 | Statement of Revenue per Physician | 403 – Prejudice<br>901 – Authentication; Accuracy;<br>6th Amendment – Confrontation/*Bruton* | |
| 863 | Statement of Revenue per Physician | 403 – Prejudice<br>901 – Authentication; Accuracy;<br>6th Amendment – Confrontation/*Bruton* | |
| | | | |
| 1001 | Total Billed to DOL-OWCP | 403 – Prejudice; Relevance<br>901 – Authentication<br>1006 – Accuracy | |
| 1002 | Total Paid by DOL-OWCP | 403 – Prejudice; Relevance<br>901 – Authentication<br>1006 – Accuracy | |
| 1009 | Deposits of DOL Funds | 403 – Prejudice; Relevance; Cumulative<br>1006 – Improper Use of Summation | |

| 1021 | Payments Made to Dr. Michael Taba | 901 – Authentication 1006 – Improper Use of Summation; Accuracy; Completeness | |
| 1022 | Payments Made to Dr. Michael Taba | 901 – Authentication 1006 – Improper Use of Summation; Accuracy; Completeness | |
| 1023 | Other Payments to Dr. Michael Taba | 901 – Authentication 1006 – Improper Use of Summation; Accuracy; Completeness | |
| 1024 | Dr. Michael Taba Monthly Bank Account Balances | 403 – Relevance; Prejudice 1006 – Improper Use of Summation – Records Are Not "Voluminous" | |
| | | | |

DEFENDANT JAMSHID NORYIAN

Dr. Michael Taba takes no position on exhibits proposed by Mr. Jamshid Noryian.

DEFENDANT DEHSHID NOURIAN

Dr. Michael Taba takes no position on exhibits proposed by Mr. Dehshid Nourian.

DEFENDANT CHRISTOPHER RYDBERG

Dr. Michael Taba takes no position on exhibits proposed by Mr. Christopher Rydberg.

DATED this 21st day of August, 2023, at Dallas, Texas.

                    Steven M. Wells, PC
                    Attorneys for Defendant

By:   /s/ Steven M. Wells   .
        Steven M. Wells
        431 W. 7th Ave., Suite 107
        Anchorage, AK 99501
        (907)279-3557 (t)
        (907)279-3558 (f)
        ABA #0010066
        *Pro hac vice*

        Erin Brennan
        Attorney at Law

By:   /s/ Erin Brennan   .
        TX Bar No.: 24129239

CERTIFICATE OF SERVICE

I certify that on August 21, 2023, I served a copy of the Objections To Proposed Exhibits Through ECF on:

All parties of record

/s/ Steven M. Wells   .
Steven M. Wells, PC

*United States v. Taba*
Case No. 17-CR-155-L
Objections to Exhibits
Page 6 of 6