

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | Criminal Action No. **3:17-CR-155-L** |
| | § | |
| **DEHSHID NOURIAN,** | § | |
| **a.k.a. DAVID NOURIAN;** | § | |
| **CHRISTOPHER RYDBERG; and** | § | |
| **MICHAEL TABA.** | § | |

## VERDICT OF THE JURY

We, members of the jury, find **Defendant Dehshid ("David") Nourian:**

_GUILTY_
"Guilty" or "Not Guilty"

of the offense charged in **Count One** (Conspiracy to Commit Health Care Fraud) of the Superseding Indictment ("Indictment");

_GUILTY_
"Guilty" or "Not Guilty"

of the offense charged in **Count Two** (Health Care Fraud and Aiding and Abetting) of the Indictment;

_GUILTY_
"Guilty" or "Not Guilty"

of the offense charged in **Count Three** (Health Care Fraud and Aiding and Abetting) of the Indictment;

_GUILTY_
"Guilty" or "Not Guilty"

of the offense charged in **Count Four** (Health Care Fraud and Aiding and Abetting) of the Indictment;

_GUILTY_
"Guilty" or "Not Guilty"

of the offense charged in **Count Five** (Health Care Fraud and Aiding and Abetting) of the Indictment;

_GUILTY_
"Guilty" or "Not Guilty"

of the offense charged in **Count Six** (Health Care Fraud and Aiding and Abetting) of the Indictment;

_GUILTY_
"Guilty" or "Not Guilty"

of the offense charged in **Count Seven** (Health Care Fraud and Aiding and Abetting) of the Indictment;

_GUILTY_
"Guilty" or "Not Guilty"

of the offense charged in **Count Eight** (Health Care Fraud and Aiding and Abetting) of the Indictment;

_GUILTY_
"Guilty" or "Not Guilty"

of the offense charged in **Count Nine** (Health Care Fraud and Aiding and Abetting) of the Indictment;

_____Guilty_____
"Guilty" or "Not Guilty"

of the offense charged in **Count Ten** (Conspiracy to Launder Money and Engage in Monetary Transactions in Criminally Derived Property) of the Indictment;

_____Guilty_____
"Guilty" or "Not Guilty"

of the offense charged in **Count Eleven** (Money Laundering and Aiding and Abetting) of the Indictment;

_____Guilty_____
"Guilty" or "Not Guilty"

of the offense charged in **Count Twelve** (Money Laundering and Aiding and Abetting) of the Indictment;

_____Guilty_____
"Guilty" or "Not Guilty"

of the offense charged in **Count Fourteen** (Money Laundering and Aiding and Abetting) of the Indictment;

_____Guilty_____
"Guilty" or "Not Guilty"

of the offense charged in **Count Fifteen** (Money Laundering and Aiding and Abetting) of the Indictment;

_____Guilty_____
"Guilty" or "Not Guilty"

of the offense charged in **Count Sixteen** (Money Laundering and Aiding and Abetting) of the Indictment; and

_____Guilty_____
"Guilty" or "Not Guilty"

of the offense charged in **Count Seventeen** (Conspiracy to Defraud the United States) of the Indictment.

We, members of the jury, find Defendant **Christopher Rydberg**:

_GUILTY_
"Guilty" or "Not Guilty"

of the offense charged in **Count One** (Conspiracy to Commit Health Care Fraud) of the Indictment;

_GUILTY_
"Guilty" or "Not Guilty"

of the offense charged in **Count Ten** (Conspiracy to Launder Money and Engage in Monetary Transactions in Criminally Derived Property) of the Indictment;

_GUILTY_
"Guilty" or "Not Guilty"

of the offense charged in **Count Eleven** (Money Laundering and Aiding and Abetting) of the Indictment;

_GUILTY_
"Guilty" or "Not Guilty"

of the offense charged in **Count Twelve** (Money Laundering and Aiding and Abetting) of the Indictment;

_GUILTY_
"Guilty" or "Not Guilty"

of the offense charged in **Count Thirteen** (Money Laundering and Aiding and Abetting) of the Indictment;

_GUILTY_
"Guilty" or "Not Guilty"

of the offense charged in **Count Fourteen** (Money Laundering and Aiding and Abetting) of the Indictment;

_GUILTY_
"Guilty" or "Not Guilty"

of the offense charged in **Count Fifteen** (Money Laundering and Aiding and Abetting) of the Indictment;

_GUILTY_
"Guilty" or "Not Guilty"

of the offense charged in **Count Sixteen** (Money Laundering and Aiding and Abetting) of the Indictment; and

_GUILTY_
"Guilty" or "Not Guilty"

of the offense charged in **Count Seventeen** (Conspiracy to Defraud the United States) of the Indictment.

We, members of the jury, find Defendant **Michael Taba**:

_GUILTY_
"Guilty" or "Not Guilty"

of the offense charged in **Count One** (Conspiracy to Commit Health Care Fraud) of the Indictment;

_GUILTY_
"Guilty" or "Not Guilty"

of the offense charged in **Count Seven** (Health Care Fraud and Aiding and Abetting) of the Indictment;

_GUILTY_
"Guilty" or "Not Guilty"

of the offense charged in **Count Eight** (Health Care Fraud and Aiding and Abetting) of the Indictment; and

_GUILTY_
"Guilty" or "Not Guilty"

of the offense charged in **Count Nine** (Health Care Fraud and Aiding and Abetting) of the Indictment.

**Signed** this __16th__ day of November, 2023.

_____
Presiding Juror's Signature