UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | Criminal No: 3:17-CR-00155-L |
| § | |
| DEHSHID NOURIAN (02) § | |
| CHRISTOPHER RYDBERG (03) § | |
| MICHAEL TABA (07) § | |

## ORDER

When the court called the case at 9:00 a.m. today for the sentencing hearing of Defendant Dehshid Nourian, Ms. Ashley Kaper, one of Defendant Dehshid Nourian's attorneys, made an oral motion for a continuance of the sentencing hearing, because lead counsel Mr. David B. Gerger was experiencing flu-like symptoms and was unable to appear in court to participate at the scheduled hearing. The court **grants** Defendant Nourian's oral motion for the reasons stated on the record, and it **continues** Defendant Dehshid Nourian's sentencing hearing.

In cases where defendants proceed to trial, it is the court's practice and preference to sentence defendants in a multi-defendant case, sequentially, based on the number of counts for each defendant. Therefore, the court will sentence Defendant Dehshid Nourian first, followed by Defendant Christopher Rydberg, and then Defendant Michael Taba. Because the court has granted Defendant Nourian's motion to continue and will sentence him first, the court hereby **vacates** the sentencing hearing for Defendant Christopher Rydberg, scheduled for December 18, 2024. It is possible that the court will also need to vacate the sentencing hearing of Defendant Michael Taba, depending on when sentencing hearings are reset for Defendants Nourian and Rydberg.

Order – Solo page

The court **directs** counsel for all parties to send, by e-mail, their dates of conflict, only, for January, February and March, 2025, to the court's court coordinator, Mrs. Tannica Stewart. Counsel shall e-mail Mrs. Stewart by **5:00 p.m., Wednesday, December 18, 2024**.  Given the number of delays, the court expects to reset these sentencing hearings as expeditiously as possible.

**It is so ordered** this 16th day of December, 2024.

*[Signature]*
Sam A. Lindsay
United States District Judge