UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No: 3:17-CR-00155-L |
| MICHAEL TABA (07) | § § | |

## ORDER

Pursuant to the court's Order (Doc. 929), filed December 20, 2024, the court hereby **resets** the sentencing hearing for Defendant Michael Taba for **Thursday, August 14, 2025, at 9:00 a.m.** *The parties have had more than sufficient time to file all necessary documents for sentencing purposes, and no further filings will be considered without leave of court.*

**It is so ordered** this 10th day of February, 2025.

_____
Sam A. Lindsay
United States District Judge

Order – Solo page